B6F (Official Form 6F) (12/07)

In re  **JACK LEWIS WARD, III,**                                                        Case No.  **10-13985**
**PATRICIA ANN WARD**
                                                                        ,
                                          Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8690**<br><br>**Applied Card Bank**<br>**Attention: General Inquiries**<br>**Po Box 17125**<br>**Wilmington, DE 19850** | | H | **Opened 2/03/04 Last Active 10/15/04**<br>**CreditCard** | | | | **1,343.00** |
| Account No. **xxxxxxxx8606**<br><br>**Applied Card Bank**<br>**Attention: General Inquiries**<br>**Po Box 17125**<br>**Wilmington, DE 19850** | | H | **Opened 2/03/04 Last Active 6/18/04**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxx2170**<br><br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | H | **Hsbc Card Services Iii Inc** | | | | **780.00** |
| Account No. **xxxxxx.xxxxx xxx03R_E**<br><br>**Arthur Glosman MD**<br>**833 W Whittier Blvd**<br>**Montebello, CA 90640-4735** | | C | | | | | **9,500.00** |

__18__  continuation sheets attached

Subtotal
(Total of this page)                **11,623.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**    Case No.  **10-13985**
       **PATRICIA ANN WARD**
                                                  ,
                                            Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx xxxxxxxx8711** <br><br> **AT& T Mobility** <br> **PO Box 60017** <br> **Los Angeles, CA 90060-0017** | | C | | | | | 750.00 |
| Account No. **xxxxxx7998** <br><br> **Barclays Bank Delaware** <br> **Attention: Customer Support Department** <br> **Po Box 8833** <br> **Wilmington, DE 19899** | | C | **Opened 11/01/05  Last Active 5/15/09** <br> **CreditCard** | | | | 3,720.00 |
| Account No. **xxxxxxxxxxxx0849** <br><br> **Bedford Fair** <br> **421 Landmark Dr.** <br> **Wilmington, NC 28410** | | C | **Opened 3/07/01  Last Active 9/17/03** <br> **CreditCard** | | | | 0.00 |
| Account No. **xxx5883** <br><br> **Blair / World Financial Bank** <br> **POBox 29239** <br> **Mission, KS 66201** | | C | | | | | 410.00 |
| Account No. **x6905** <br><br> **Blair Corp** <br> **220 Hickory St** <br> **Warren, PA 16365** | | C | **Opened 9/16/04  Last Active 10/15/04** <br> **ChargeAccount** | | | | **Unknown** |

Sheet no. **1** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,880.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **JACK LEWIS WARD, III,**
**PATRICIA ANN WARD**
_____,
Debtors

Case No. **10-13985**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1905** <br><br> **Blair Corporation** <br> **220 Hickory St** <br> **Warren, PA 16365** | | C | **Opened 11/02/00 Last Active 9/20/05** <br> **ChargeAccount** | | | | 0.00 |
| Account No. **xxx4800** <br><br> **Bridgestone Firestone** <br> **PO Box 81083** <br> **Cleveland, OH 44181** | | C | | | | | 1,320.00 |
| Account No. **xxxxxxxx1090** <br><br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | C | **Opened 2/01/04 Last Active 7/18/09** <br> **CreditCard** | | | | 3,810.00 |
| Account No. **xxxxxxxx2358** <br><br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | C | **Opened 1/01/02 Last Active 7/18/09** <br> **CreditCard** | | | | 1,164.00 |
| Account No. **xxxxxxxx8497** <br><br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | C | **Opened 10/01/04 Last Active 7/18/09** <br> **CreditCard** | | | | 1,123.00 |

Sheet no. **2** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **7,417.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**
       **PATRICIA ANN WARD**
       _____,
                   Debtors

Case No.  **10-13985**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0109** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | H | Opened 3/01/03 Last Active 7/01/03 <br> CreditCard | | | | 0.00 |
| Account No. **xxxxxxxx2505** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | C | Opened 3/01/04 Last Active 5/01/04 <br> CreditCard | | | | 0.00 |
| Account No. **xxxxxxxx3350** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | C | Opened 12/01/99 Last Active 4/01/04 <br> CreditCard | | | | 0.00 |
| Account No. **xxx8574** <br> **Capitol One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130** | | C | | | | | 3,050.00 |
| Account No. **xxx0457** <br> **Capitol One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130** | | C | | | | | 500.00 |

Sheet no. **3** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,550.00**

In re **JACK LEWIS WARD, III,**
**PATRICIA ANN WARD**
_____,
Debtors

Case No. **10-13985**

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1350** <br><br> **Capitol One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130** | | C | | | | | 500.00 |
| Account No. **xxx9007** <br><br> **Cbc/crossing Pointe** <br> **307 Liberty Street** <br> **Warren, PA 16366** | | C | **Opened 1/01/03 Last Active 9/01/05** <br> **ChargeAccount** | | | | 0.00 |
| Account No. **xxx1874** <br><br> **Cfmc** <br> **Po Box 9438, Dept 0251** <br> **Gaithersburg, MD 20898** | | C | **Opened 7/29/97 Last Active 9/18/03** <br> **RealEstateMortgageWithoutOtherCollateral** | | | | 0.00 |
| Account No. **xxx6807** <br><br> **Chase** <br> **Attn: Bankruptcy Dept** <br> **Po Box 15145** <br> **Wilmington, DE 19850** | | C | **Opened 3/01/94 Last Active 3/01/99** <br> **CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxx0074** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | C | **Opened 5/01/00 Last Active 3/05/07** <br> **CreditCard** | | | | 0.00 |

Sheet no. **4** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**  
      **PATRICIA ANN WARD**  
                                               ,  
                                   Debtors

Case No. __**10-13985**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx3828<br><br>**Chase**<br>Po Box 15298<br>Wilmington, DE 19850 | | C | Opened 3/05/07  Last Active 5/15/09<br>CreditCard | | | | 9,022.00 |
| Account No. xxx8419<br><br>**Chase**<br>PO Box 94014<br>Palatine, IL 60094 | | C | | | | | 8,500.00 |
| Account No. xxxxxxxx0218<br><br>**Citfingerhut**<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303 | | C | Opened 11/04/05  Last Active 6/13/09<br>ChargeAccount | | | | 1,266.00 |
| Account No. xxxxxxxx0494<br><br>**Citfingerhut**<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303 | | H | Opened 11/08/05  Last Active 1/01/10<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxx1444<br><br>**Citi**<br>Po Box 6241<br>Sioux Falls, SD 57117 | | C | Opened 2/01/07  Last Active 6/12/09<br>CreditCard | | | | 13,876.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      **32,664.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JACK LEWIS WARD, III,**
      **PATRICIA ANN WARD**,
      Debtors

Case No.   **10-13985**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2830**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | C | Opened 7/01/88 Last Active 8/25/97<br>CreditCard | | | | 0.00 |
| Account No. **xxx4894**<br><br>**Citi**<br>**PO Box 6013**<br>**Sioux Falls, SD 57117** | | C | | | | | 11,200.00 |
| Account No. **xxxxx4800**<br><br>**Credit First**<br>**Po Box 818011**<br>**Cleveland, OH 44181** | | C | Opened 1/19/09 Last Active 5/18/09<br>ChargeAccount | | | | 1,495.00 |
| Account No. **xxxx7914**<br><br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | H | 11 Time Warner North Texas Divi | | | | 824.00 |
| Account No. **xxxxxxxxxxxx / xxx3739**<br><br>**Creditonebnk**<br>**Po Box 98875**<br>**Las Vegas, NV 89193** | | H | Opened 7/16/04 Last Active 12/19/04<br>CreditCard | | | | 1,056.00 |

Sheet no. __6__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **14,575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**
       **PATRICIA ANN WARD**
                                                              Case No.  **10-13985**
_____,
                        Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2789** <br><br> **Direct Merchants** <br> **PO Box 60136** <br> **City of Industry, CA 91716** | | C | | | | | **6,200.00** |
| Account No. **xxxxxxxx2508** <br><br> **Discover Fin** <br> **Attention: Bankruptcy Department** <br> **Po Box 3025** <br> **New Albany, OH 43054** | | C | **Opened 6/01/08 Last Active 5/15/09** <br> **CreditCard** | | | | **5,832.00** |
| Account No. **xxx5681** <br><br> **Discover Fin** <br> **Attention: Bankruptcy Department** <br> **Po Box 3025** <br> **New Albany, OH 43054** | | C | | | | | **5,410.00** |
| Account No. **xxx09N1** <br><br> **Excel Aquisitions** <br> **PO Box 1965** <br> **North Falmouth, MA 02556** | | C | | | | | **3,779.00** |
| Account No. **xxxxxxxxxxxx9642** <br><br> **Exxmblciti** <br> **Attn.: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | C | **Opened 12/18/05 Last Active 12/10/06** <br> **CreditCard** | | | | **0.00** |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **21,221.00**

In re **JACK LEWIS WARD, III,
PATRICIA ANN WARD**,
Debtors

Case No. **10-13985**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6472<br><br>**Fashion Bug/soanb**<br>**Attn: Bankruptcy**<br>**Po Box 182124**<br>**Columbus, OH 43218** | | C | Opened 12/15/08 Last Active 6/02/09<br>CreditCard | | | | 0.00 |
| Account No. xxx3464<br><br>**Fingerhut**<br>**PO Box 166**<br>**Newark, NJ 07101** | | C | | | | | 1,100.00 |
| Account No. xxxxxxxxxxxx9273<br><br>**First Premier Bank**<br>**Po Box 5524**<br>**Sioux Falls, SD 57117** | | C | Opened 11/01/00 Last Active 6/01/03<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxx3809<br><br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | | C | Opened 2/01/00 Last Active 5/01/00<br>CreditCard | | | | 0.00 |
| Account No. xxx2655<br><br>**First Premier Bank**<br>**PO Box 5519**<br>**Sioux Falls, SD 57117** | | C | | | | | 360.00 |

Sheet no. **8** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,460.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**
       **PATRICIA ANN WARD**                                                                 Case No.  **10-13985**
_____,
                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1406<br>**First Usa Bank N A**<br>**201 North Walnut Street**<br>**Wilmington, DE 19801** | | C | Opened 9/01/97 Last Active 10/01/01<br>CreditCard | | | | 0.00 |
| Account No. xxxx1542<br>**Ford Motor Credit Corporation**<br>**National Bankruptcy Center**<br>**Po Box 6275**<br>**Dearborn, MI 48121** | | C | Opened 2/01/05 Last Active 6/14/06<br>Automobile | | | | 0.00 |
| Account No. xxxxxxxx3911<br>**Fst Premier**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | | H | Opened 12/11/08 Last Active 3/16/09<br>CreditCard | | | | 455.00 |
| Account No. xxxxxxxx8307<br>**GEMB / Old Navy**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | C | Opened 12/01/08 Last Active 12/18/09<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxxx4827<br>**Gemb/chevron**<br>**Attention: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA 30076** | | C | Opened 3/01/09 Last Active 2/02/10<br>ChargeAccount | | | | 739.00 |

Sheet no. **9** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,194.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**  
      **PATRICIA ANN WARD**  
                                                                  ,  
Debtors

Case No. __**10-13985**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3286** <br><br> **Gemb/jcp** <br> **Attention: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | C | Opened 12/01/08  Last Active  2/02/10 <br> ChargeAccount | | | | 98.00 |
| Account No. **xxxxxxxx363O** <br><br> **Ginnys** <br> **1112 7th Ave** <br> **Monroe, WI 53566** | | H | Opened  1/01/05  Last Active  4/04/05 <br> ChargeAccount | | | | 531.00 |
| Account No. **xxxxxxxx2124** <br><br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | C | Opened 12/01/05  Last Active  6/15/09 <br> CreditCard | | | | 7,483.00 |
| Account No. **xxxxxxxxxxxx9938** <br><br> **Hsbc Bank** <br> **Attn: Bankruptcy** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | C | Opened  6/01/03  Last Active  6/15/09 <br> CreditCard | | | | 2,852.00 |
| Account No. **xxxxxxxx1106** <br><br> **Hsbc Bank** <br> **Attn: Bankruptcy** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | H | Opened  3/13/07  Last Active  8/20/07 <br> CreditCard | | | | 0.00 |

Sheet no. __**10**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     **10,964.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**
       **PATRICIA ANN WARD**
                                                               Case No. __**10-13985**__
                                    ,
                                  Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5498** <br><br> **Juniper BAnk Barklay Bank** <br> **PO Box 8801** <br> **Wilmington, DE 19899** | C | | | | | | 2,800.00 |
| Account No. **xxxxxxxx3552** <br><br> **Kohls/chase** <br> **Po Box 3115** <br> **Milwaukee, WI 53201** | C | | **Opened 4/01/09 Last Active 3/03/10** <br> **CreditCard** | | | | 55.00 |
| Account No. **xxxxxxxxxxxx0729** <br><br> **Lane Bryant Retail/soa** <br> **450 Winks Lane** <br> **Bensalem, PA 19020** | C | | **Opened 12/12/08 Last Active 7/10/09** <br> **CreditCard** | | | | 280.00 |
| Account No. **xxx9310** <br><br> **Macy's** <br> **PO Box 8113** <br> **Mason, OH 45040** | C | | | | | | 180.00 |
| Account No. **xxxxxxxx3120** <br><br> **Macys/fdsb** <br> **Macy's Bankruptcy** <br> **Po Box 8053** <br> **Mason, OH 45040** | C | | **Opened 12/01/08 Last Active 7/17/09** <br> **ChargeAccount** | | | | 405.00 |

Sheet no. __**11**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,720.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**  
**PATRICIA ANN WARD**  
_____,  
Debtors

Case No. __**10-13985**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx 19-02**  **Mason Shoes**  PO Box 77001  Madison, WI 53707 | | C | | | | | 80.00 |
| Account No. **xxx-2103**  **Melanie Crosby and Terry Crosby**  c/o Cynthia D Plymire  200 Fourth Avenue North  PO Box 198985  Nashville, TN 37219 | | C | | | | | 75,000.00 |
| Account No. **xxxxxxxx355O**  **Midnight Velvet**  1112 7th Ave  Monroe, WI 53566 | | H | Opened 11/01/04  Last Active 3/01/05  ChargeAccount | | | | 157.00 |
| Account No. **xxxx7290**  **Montgomery Ward**  3650 Milwaukee Street  Madison, WI 53714-2399 | | C | | | | | 715.00 |
| Account No. **xxxxx xxxxxx4902**  **Mountains Edge Master Association**  8360 E Via De Ventura  Building L Suite 100  Scottsdale, AZ 85258 | | C | | | | | 1,500.00 |
| Sheet no. __**12**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal  (Total of this page) | | 77,452.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **JACK LEWIS WARD, III,
PATRICIA ANN WARD**,
                                                        Debtors

Case No. **10-13985**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3524**<br><br>**Nco Fin/09**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | H | **Opened 1/01/09 CollectionAttorney Reliant Energy Retail Servic** | | | | 1,496.00 |
| Account No. **xxxx3679**<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | H | **Med1 02 South West Amr** | | | | 50.00 |
| Account No. **xxx9938**<br><br>**Orchard Bank HSBC**<br>**PO Box 60102**<br>**City of Industry, CA 91716** | | C | | | | | 2,415.00 |
| Account No. **Crosby / Ward**<br><br>**Ortale Kelley Herbert & Crawford**<br>**200 Fourth Avenue**<br>**PO Box 198985**<br>**Nashville, TN 37219** | | C | | | | | 75,000.00 |
| Account No. **xxxxxxxx1120**<br><br>**Plains Comm**<br>**Po Box 89937**<br>**Sioux Falls, SD 57109** | | H | **Opened 12/20/06 Last Active 10/01/07 CreditCard** | | | | 0.00 |

Sheet no. **13** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **78,961.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **JACK LEWIS WARD, III,**
**PATRICIA ANN WARD**

Case No. **10-13985**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5501** <br><br> **Reliant Energy Retail Services** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | C | | | | | 1,496.00 |
| Account No. **xxx8138** <br><br> **Sears** <br> **PO Box 6275** <br> **Sioux Falls, SD 57117** | | C | | | | | 1,880.00 |
| Account No. **xxxxxxxx7765** <br><br> **Sears/cbsd** <br> **701 East 60th St N** <br> **Sioux Falls, SD 57117** | | C | Opened 1/01/85 Last Active 7/06/09 ChargeAccount | | | | 2,432.00 |
| Account No. **xxxxxxxx357O** <br><br> **Seventh Avenue** <br> **1112 7th Ave** <br> **Monroe, WI 53566** | | H | Opened 6/01/03 Last Active 4/04/05 ChargeAccount | | | | 804.00 |
| Account No. **xxxx xxxx xxxte Ct** <br><br> **Silver State Trustee Services LLC** <br> **1424 S. Jones** <br> **Las Vegas, NV 89146-1231** | | C | | | | | 560.00 |

Sheet no. **14** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,172.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JACK LEWIS WARD, III,**
       **PATRICIA ANN WARD**                                    Case No.   **10-13985**
_____,
                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9601**<br><br>Smith Rouchon & Assoc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | | C | | | | | 69.00 |
| Account No. **xxxx9918**<br><br>Steinberg Diagnostic Medical Imaging<br>PO Box 36900<br>Las Vegas, NV 89133 | | C | | | | | 171.00 |
| Account No. **xxxxxxxx384A**<br><br>Swiss Colony Inc<br>1112 7th Ave<br>Monroe, WI 53566 | | H | Opened  8/01/05<br>ChargeAccount | | | | 476.00 |
| Account No. **xxxxxxxx353O**<br><br>Through The Country Do<br>1112 7th Ave<br>Monroe, WI 53566 | | H | Opened  8/01/05<br>ChargeAccount | | | | 319.00 |
| Account No. **xxxxxxxx3164**<br><br>Txu Energy<br>Po Box 666565<br>Dallas, TX 75266 | | H | Opened  6/30/04  Last Active  8/06/04<br>Agriculture | | | | 259.00 |

Sheet no.  **15**  of  **18**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,294.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**  
**PATRICIA ANN WARD**

Case No. __**10-13985**__

Debtors

**AMENDED**  
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**  
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx001-1** <br><br> **University Phsicians** <br> **c/o Smith** <br> **1456 Ellis Avenue** <br> **Jackson, MS 39204** | | C | | | | | 150.00 |
| Account No. **xxxxxxxx4357** <br><br> **Unvl/citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | C | **Opened 8/01/93 Last Active 8/04/97** <br> **CreditCard** | | | | 0.00 |
| Account No. **xxx2253** <br><br> **Venue World Financial Capitol** <br> **PO Box 183003** <br> **Columbus, OH 43218** | | C | | | | | 1,320.00 |
| Account No. **xxxxxxxxxxxx0001** <br><br> **Wells Fargo** <br> **Po Box 60510** <br> **Los Angeles, CA 90060** | | C | **Opened 2/01/08 Last Active 6/15/09** <br> **NoteLoan** | | | | 13,841.00 |
| Account No. **xxxxxxxx2131** <br><br> **Wells Fargo Hm Mortgag** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | C | **Opened 10/01/03 Last Active 7/05/06** <br> **ConventionalRealEstateMortgage** | | | | 0.00 |

Sheet no. __**16**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **15,311.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JACK LEWIS WARD, III,**  
      **PATRICIA ANN WARD**  
      _____,  
      Debtors

Case No. __**10-13985**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx8129<br><br>**Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | C | **Opened 11/01/06  Last Active  7/23/07**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. xxxxxx1908<br><br>**Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | C | **Opened 12/01/93  Last Active 11/01/03**<br>**FHARealEstateMortgage** | | | | 0.00 |
| Account No. xxxxxxxx0551<br><br>**Wfcb/blair Catalog**<br>**8035 Quivira Rd**<br>**Lenexa, KS 66215** | | C | **Opened 11/01/00  Last Active  6/14/09**<br>**ChargeAccount** | | | | 661.00 |
| Account No. xxxxxxxx4032<br><br>**Wfcb/venue**<br>**Po Box 182273**<br>**Columbus, OH 43218** | | C | **Opened 12/01/08  Last Active  5/16/09**<br>**ChargeAccount** | | | | 1,608.00 |
| Account No. xxxxxxxxxxxx6391<br><br>**Wfnnb/lane Bryant**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | | C | **Opened 12/01/87  Last Active  2/23/03**<br>**ChargeAccount** | | | | 0.00 |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     **2,269.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JACK LEWIS WARD, III,**
       **PATRICIA ANN WARD**
       _____,
                                                              Case No.  __**10-13985**_____
                               Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx7794** <br><br> **Wfs Financial/Wachovia Dealer Services** <br> **Po Box 19657** <br> **Irvine, CA 92623** | | C | **Opened 12/01/01  Last Active 7/15/06** <br> **Automobile** | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**18**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **0.00**

Total (Report on Summary of Schedules): **296,227.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **JACK LEWIS WARD, III**
**PATRICIA ANN WARD**
Debtor(s)

Case No. **10-13985**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 16, 2010**        Signature **/s/ JACK LEWIS WARD, III**
**JACK LEWIS WARD, III**
Debtor

Date **April 16, 2010**        Signature **/s/ PATRICIA ANN WARD**
**PATRICIA ANN WARD**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.