# United States Bankruptcy Court
## District of Nevada

In re: **JACK LEWIS WARD, III / PATRICIA ANN WARD**, Debtor(s)

Case No. **10-13985**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 16, 2010**, a copy of **Amended Schedule F** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Montgomery Ward**
**Silver State Trustee Services LLC**
**Steinberg Diagnostic Medical Imaging**

/s/ Roger A. Giuliani, Esq.
Roger A. Giuliani, Esq. 5967
Law Group
500 N. Rainbow Boulevard, Suite 300
Las Vegas, NV 89107
702-221-1965 Fax:702-221-1968
dmhvegas@aol.com