WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

Electronically Filed on _____

Wells Fargo Bank, N.A.
10-71671

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Bk Case No.: 10-13985-lbr |
|---|---|
| | Chapter 7 |
| Jack Ward | NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY |
| | HEARING DATE: 5/25/2010 |
| | HEARING TIME: 10:00 am |
| Debtor(s). | ESTIMATED TIME: 5 Minutes |

PLEASE TAKE NOTICE that on the 4th day of June, 2010, Order Vacating Automatic Stay was entered by the court. Copy of said order is attached herewith.

DATED this _____.

WILDE & ASSOCIATES

By /s/ Gregory L. Wilde
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107



**Entered on Docket
June 14, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71671

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>Jack Ward<br><br><br><br>Debtor. | Bk Case No.: 10-13985-lbr<br><br>Date: 5/25/2010<br>Time: 10:00 am<br><br>Chapter 7 |
|---|---|

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1  Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

2  property, generally described as 9286 Alta Monte Court, Las Vegas, NV 89178.

3      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

4  give Debtor at least seven business days' notice of the time, place and date of sale.

5

6  Submitted by:

7  WILDE & ASSOCIATES

8  By: /s/ Wilde  #10099

9  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor

10

11  APPROVED / DISAPPROVED

12  By:_____
   Roger A. Giuliani

13  Attorney for Debtor(s)

14  APPROVED / DISAPPROVED

15  By:_____

16  Joseph B. Atkins
   Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _x_ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _x_ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com.

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71671

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>Jack Ward<br><br>Debtor. | Bk Case No.: 10-13985-lbr<br><br>Date: 5/25/2010<br>Time: 10:00 am<br><br>Chapter 7 |
|---|---|

### CERTIFICATE OF SERVICE

1. On  6/16/10   I served the following documents(s):

NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

X  a. ECF System

   Roger A. Giuliani
   r.giuliani@worldnet.att.net
   Attorney for Debtor

Joseph B. Atkins
JBAtkins@7Trustee.net
Trustee

X **b. United States mail, postage fully prepaid:**

Roger A. Giuliani
500 Rainbow
Suite 300
Las Vegas. NV 89107
Attorney for Debtor

Jack Ward
9286 Alta Monte Court
Las Vegas, NV  89178
Debtor

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney. delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐   2.   For a party. delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. N/A

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this ___6/16/10___.

By: _____[signature]_____