# United States Bankruptcy Court
## District of Nevada

Case No. **10–13985–lbr**
Chapter 7

In re: (Name of Debtor)
   JACK LEWIS WARD III                    PATRICIA ANN WARD
   9286 ALTA MONTE COURT          9286 ALTA MONTE COURT
   LAS VEGAS, NV 89178               LAS VEGAS, NV 89178

Social Security No.:
   xxx–xx–2381                                    xxx–xx–7314

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JOSEPH B. ATKINS is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 8/2/10                                     BY THE COURT

                                                     *Mary A. Schott*

                                                     Mary A. Schott
                                                     Clerk of the Bankruptcy Court